UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KERIN NEWTON,

                               **Plaintiff,**                          19-CV-02872 (VM)(SN)

          -against-                                 **ORDER**

THE WALT DISNEY COMPANY, et al.,

                               **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 7, 2019, the Honorable Victor Marrero referred this case to me for general pretrial matters. ECF No. 39. That same day, Judge Marrerro ordered that the parties address the discovery dispute set forth in ECF No. 40 to me. The parties are ORDERED to confer in person or by telephone, pursuant to Federal Rule of Civil Procedure 26(f), no later than November 15, 2019. No later than December 13, 2019, Defendants are ordered to respond to Plaintiff's interrogatories and requests for production by either by answering and producing responsive documents or stating objections or privileges with specificity. This order does not affect the deadlines otherwise set forth in the Civil Case Management Plan, ECF No. 36.

**SO ORDERED.**

                                                                                 _____
                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:       November 12, 2019
                  New York, New York