UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KERIN NEWTON,

                        **Plaintiff,**

                -against-

DISNEY CONSUMER PRODUCTS, INC., et al.,

                        **Defendants.**

-------------------------------------------------------------X

19-CV-02872 (VM)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the case management conference scheduled for Friday, March 27, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 16, 2020
              New York, New York