**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
KERIN NEWTON                      :
                                  :
                Plaintiff,        :     19 Civ. 02872(VM)
                                  :
        -against-                 :     **CONDITIONAL**
                                  :     **ORDER OF DISCONTINUANCE**
DISNEY CONSUMER PRODUCTS, INC.,   :     **WITHOUT PREJUDICE**
et al.,                           :
                                  :
                Defendants        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The parties having notified the Court, by letter dated June 11, 2020, that they are negotiating a final settlement agreement, it is hereby

    **ORDERED** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time the plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendants shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action and any pending motions to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule

1

remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event the plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED:**

Dated:    New York, New York
          15 June 2020

_____
Victor Marrero
U.S.D.J.